34948. CITY OF ALPHARETTA v. STEPHENS.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED MAY 25, 1979 — DECIDED SEPTEMBER 5, 1979.

*D. William Garrett, Jr.,* for appellant.

*Chambers & Cooper, John W. Chambers,* for appellee.